

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00056-CV

_____

JIMMY LEWIS SMITH, JR., D/B/A J&J TUBULAR, Appellant

V.

PRO-TEST, INC., AND STEVE STIDHAM, Appellees

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2012-118-CCL2

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, representing that they have fully and finally resolved any pending issues related to the judgment from which this appeal was filed. Under the authority of Rule 42.1(a) of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.


Scott E. Stevens
Justice

Date Submitted:     September 23, 2019
Date Decided:       September 24, 2019